SEUFERT v. SEVEN LAKE DEVELOPMENT CO.

[346 N.C. 168 (1997)]

FRED R. SEUFERT and DOROTHY M. SEUFERT, his wife; ARTHUR J. PASSMAN and ROSEMARY F. PASSMAN, his wife; JAMES A. MONCURE and JANE B. MONCURE, his wife; WILLIAM L. REEVES, and SUE C. REEVES, his wife; LEO D. BURRELL and MOLLIE S. BURRELL, his wife; ROBERT E. STRAUSS and DORIS P. STRAUSS, his wife; WILLIAM M. CHRISCOE, JR. and MARY L. CHRISCOE, his wife; JACK E. GARRETT and LEORA P. GARRETT, his wife; RICHARD STEINER and DOROTHY L. STEINER, his wife; and GEORGE E. BRESLIN and SUSANNA M. BRESLIN, his wife v. SEVEN LAKES DEVELOPMENT CO.

No. 346PA96

(Filed 9 May 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 123 N.C. App. 161, 472 S.E.2d 611 (1996), affirming an order entered by Mills, J., on 18 May 1995 in Superior Court, Moore County. Heard in the Supreme Court 15 April 1997.

*Evans & Riffle Law Offices, P.L.L.C., by Richard J. Costanza, for plaintiff-appellees.*

*Everett, Gaskins, Hancock & Stevens, by E.D. Gaskins, Jr., and C. Amanda Martin, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.